IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

DONALD MEANS,

    Plaintiff,

v.

STEVEN SEVERSON, GREG GRAMS,
MARDEL PETRAS, LEO CAMPBELL
and BRIAN FRANSON,

    Defendants.

JUDGMENT IN A CIVIL CASE

11-cv-003-slc

    This action came for consideration before the court with Magistrate Judge Stephen L. Crocker presiding. The issues have been considered and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED that judgment is entered dismissing this case without prejudice.

_Peter Oppeneer_      6/8/11

Peter Oppeneer, Clerk of Court      Date